**Opinion issued January 7, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-19-00976-CR
### NO. 01-19-00977-CR
### NO. 01-19-00978-CR

———————————

## IN RE DAVID RODRIGUEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, David Rodriguez, has filed a pro se petition for writ of mandamus seeking to compel the trial court to rule on all motions filed in three cases.[1]

---

[1] The underlying cases are *State of Texas v. David Rodriguez*, Cause Numbers 1595712, 1595713, 1600804, pending in the 174th District Court of Harris County, Texas, the Honorable Hazel B. Jones presiding.

We deny the petition for writ of mandamus.[2] We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] Relator's petition for writ of mandamus does not comply with Rule 52.3. *See* TEX. R. APP. P. 52.3(a)–(k).